IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| USA DEBUSK, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 17-3810 |
| | § | |
| DEEP SOUTH DREDGING, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING AGREED MOTION TO REMAND

The plaintiff, USA DeBusk, LLC, and the defendant, Deep South Dredging, Inc., have informed the court that the parties are in agreement to remand this case to Texas state court. The matter is remanded to the 129th Judicial District Court of Harris County, Texas.

SIGNED on March 2, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge